UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON ANTHONY GONZALEZ,
                    Plaintiff,

-v-

METROPOLITAN FOODS INC.,
                    Defendant.

21-CV-10635 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on December 13, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than January 5, 2022.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by December 23, 2021.

    SO ORDERED.

Dated: December 14, 2021
         New York, New York

_____
J. PAUL OETKEN
United States District Judge